## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT LAURENSON,** | : | **CIVIL NO.  3:15-CV-0716** |
| Petitioner | : | |
| v. | : | (Judge Munley) |
| | : | |
| **VINCENT MOONEY, PA STATE** | : | |
| **ATTORNEY GENERAL,** | : | |
| Respondents: | | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 30th day of September 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DISMISSED for failure to exhaust state court remedies.

2. There is no basis for the issuance of a certificate of appealability.  28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to CLOSE this case.

\

                **BY THE COURT:**

                **s/James M. Munley**
                **JUDGE JAMES M. MUNLEY**
                **United States District Court**